United States District Court
Southern District of Texas
**ENTERED**
July 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS REI UNLIMITED LLC, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-01769 |
| § | |
| JUST MORTGAGE, INC., § | |
| § | |
| Defendant. § | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this day came on to be heard Just Mortgage's motion to dismiss the plaintiffs' Complaint (Dkt. No. 6). Upon consideration of Just Mortgage's motion, any timely filed response filed by plaintiffs and any subsequent reply, the papers on file with the court and applicable law, the court finds Just Mortgage's motion is well-taken and should be GRANTED as follows:

It is, therefore, ORDERED, ADJUDGED and DECREED that Just Mortgage's motion to dismiss is granted and the plaintiffs shall take nothing on their claims.

This judgment disposes of all claims against all parties and is a final judgment for all purposes, including appeal.

It is so ORDERED.

SIGNED on July 23, 2024, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge